UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY [illegible] D.C.
05 MAY 10 PM 2:27

Robert R. Di Trolio
CLERK U.S. DIST. CT
W.D. OF TN MEMPHIS

UNITED STATES OF AMERICA )
)
vs. )   CR. No. 05-20091-B
)
)
SIDNEY THURMAN, #189620 )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Stephanie Z. Johnson applies to the Court for a Writ to have Sidney Thurman, now being detained in the Shelby County Jail, 201 Poplar Avenue, Memphis, Tennessee, appear before the Honorable S. Thomas Anderson on May 18, 2005, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 10 day of May, 2005.

Stephanie Z. Johnson
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF, SHELBY COUNTY JAIL

YOU ARE HEREBY COMMANDED to have Sidney Thurman appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this 10th day of May, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-11-05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20091 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Michael Robert McCusker
US ATTORNEY'S OFFICE
167 North Main St
Ste 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT