IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                          05-20091-B

SIDNEY THURMAN

## ORDER ON ARRAIGNMENT

This cause came to be heard on __May 23, 2005__, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __April Goode (FPD)__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_X_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922; 21:841;

U. S. Attorney assigned to Case: M. McCusker

Age: 32

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-23-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20091 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Robert McCusker
US ATTORNEY'S OFFICE
167 North Main St
Ste 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT