IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-20091-Ma |
| ) | |
| SIDNEY THURMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on August 2, 2005, the United States Attorney for this district representing the government, and defendant, Sidney Thurman, appearing in person and with appointed counsel, Ms. April Goode.

Jurors were selected and sworn and opening statements were presented by counsel. After hearing all proof presented, closing arguments of counsel and jury charge, the jury began deliberations on August 3, 2005. After due deliberation, the jury returned into open court on August 4, 2005 and announced a verdict of **NOT GUILTY** as to Counts 1 and 2 of the Indictment.

The defendant was remanded to the custody of the United States Marshal.

ENTERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CR-20091 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT