December 5, 2005 (8/88)

# United States District Court
## for
## Western District of Tennessee

FILED BY /bks/ D.C.

05 DEC -7 PM 5: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. Sidney Thurman**

Docket No. 05-20091-01-B/Ma

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, Tennessee, on the 23rd day of August, 2005 under the following conditions:

1) Report as directed by the Pretrial Services Office, 2) Refrain from possessing a firearm, destructive device, or other dangerous weapon, 3) Refrain from any unlawful possession or use of a controlled substance, 4) Submit to substance abuse testing as directed by Pretrial Services and 5) Participate in a program of substance abuse testing, education, and treatment if deemed advisable by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Sidney Thurman violated the following conditions of pretrial release:

<u>The defendant shall not commit any offense in violation of federal, state or local law while on release in this case</u>

Sidney Thurman was arrested November 29, 2005, in Memphis, Tennessee, and charged with Possession of Marijuana with Intent to Manufacture, Deliver, or Sell; Evading Arrest; Driving While License Suspended, Revoked, or Canceled; and Violation of Seat Belt Law Over 18 Years. Mr. Thurman remains in custody with bond set at $25,000 and is set in Shelby County General Sessions Court for December 7, 2005.

<u>Refrain from any unlawful possession or use of a controlled substance</u>

Sidney Thurman unlawfully possessed and used controlled substances as evidenced by a urinalysis specimen he submitted on November 16, 2005, which tested positive for use of marijuana and cocaine. Another specimen submitted by Mr. Thurman on November 28, 2005, was presumptively positive for marijuana using a non-instrumented drug testing device. That specimen is presently pending laboratory confirmation.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so that Sidney Thurman may appear and show cause as to why his bond should not be revoked.

Bond Recommended: NONE

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 7th day of December, 2005 and ordered filed and made a part of the records in the above case.<br><br>_Diane K. Vescovo_<br>U.S. District Judge | Executed on December 5, 2005<br><br>_Murray Fullner_<br>Supervisory Pretrial Services Officer<br><br>Place    Memphis, Tennessee |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20091 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT